**Not For Publication in West's Federal Reporter**
**Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals
## For the First Circuit

---

No. 05-2387

RANDY DUQUETTE,

Plaintiff, Appellant,

v.

LES DOLECAL, ACTING COMMISSIONER,
NEW HAMPSHIRE DEPARTMENT OF CORRECTIONS, ET AL.,

Defendants, Appellees.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

[Hon. Steven J. McAuliffe, U.S. District Judge]

---

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

---

Randy Duquette on brief pro se.
Kelley A. Ayotte, Attorney General, and Mary E. Maloney,
Assistant Attorney General, on brief for appellees.

---

July 14, 2006

---

**Per Curiam**.  This pro se appellant appeals from the grant of summary judgment in favor of the defendants-appellees.  The district judge essentially found that his constitutional claim was not ripe for adjudication at this time.  After careful review of the appellate contentions and the district court record, we affirm, substantially for the reasons given by the district judge in his Order dated August 29, 2005.

<u>Affirmed.</u>